UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES,<br><br>   Plaintiff,<br><br>   v.<br><br>BINIOS, LLC, *et al*.<br><br>   Defendants. | Case No. 2:21-cv-01867-FLA (ASx)<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THIS ACTION DUE TO SETTLEMENT** |

In light of the Notice of Settlement filed in this action, the court ORDERS the parties to submit a joint status report regarding settlement by October 25, 2021.  The court further ORDERS the parties to Show Cause ("OSC") on November 5, 2021 at 1:30 p.m. in Courtroom 6B why the court should not dismiss this action due to the parties' settlement.  The filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41 shall constitute a sufficient response to, and will discharge, this OSC.  All pending dates and deadlines are hereby VACATED.

IT IS SO ORDERED.

Dated: August 26, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge